UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-61429-CIV-SMITH

DANIEL ROBERT LEE,

    Plaintiff,

vs.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

This matter came before the Court upon the Report of Magistrate Judge [DE 5], in which she recommends dismissing Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute the case and for failure to comply with the Court's Order. Plaintiff has not filed any objections to the Report. Having reviewed, *de novo*, the Report and the record, and given that there are no objections, it is

**ORDERED** that:

1) The Report of Magistrate Judge [DE 5] is **AFFIRMED and ADOPTED** and incorporated by reference into this Court's Order.

2) Plaintiff's Complaint is **DISMISSED**.

3) This case is **CLOSED.**

**DONE and ORDERED** in Fort Lauderdale, Florida, this 24th day of March, 2021.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    All Counsel of Record